532 A.2d 775

**William R. MUIR, Jr. Acting Insurance Commissioner of the Commonwealth of Pennsylvania**

v.

**TRANSPORTATION MUTUAL INSURANCE COMPANY, Defendant.**

**Appeal of MERIDIAN BANK.**

Supreme Court of Pennsylvania.

Sept. 3, 1987.

Richard M. Jordan and LeRoy E. Perper, Philadelphia, for appellant.

Frank H. Getter, Philadelphia, and Richard J. Enterline, Harrisburg, Pa. Ins. Dept.; for Wm. R. Muir, Jr.

Henry B. Fitzpatrick and Thomas Martin, Philadelphia, for Atlanta Intern. Ins. Co.

## ORDER

AND NOW, this 3rd day of September, 1987, the appeal is hereby transferred to the Court of Common Pleas.

LARSEN and HUTCHINSON, JJ., dissent.

While they agree with the order entered by this Court on July 31, 1987 denying the Application for Stay, they would not transfer the matter from the Commonwealth Court.